# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| VAN ALSTYNE INDEPENDENT SCHOOL DISTRICT | § § § | |
| v. | § § | Case No. 4:09-CV-89 Judge Schneider/Judge Mazzant |
| ANDRE S. and SHANNON S., as next friends for CHASE S. | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On February 1, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motion to Dismiss on Grounds of Mootness (Dkt. #21) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants' Motion to Dismiss on Grounds of Mootness (Dkt. # 21) is GRANTED. It is further

**ORDERED** that the decision of the hearing officer is **VACATED** and this case is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

**SIGNED** this 23rd day of February, 2010.

*/s/ Michael Schneider*
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE