# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VAN ALSTYNE INDEPENDENT SCHOOL DISTRICT | § § § | |
| v. | § § | Case No. 4:09-CV-89<br>Judge Schneider/Judge Mazzant |
| ANDRE S. and SHANNON S., as next friends for CHASE S. | § § | |

### FINAL JUDGMENT

Pursuant to the Memorandum Adopting Report and Recommendation of United States Magistrate Judge filed in this matter this date, it is

**CONSIDERED, ORDERED** and **ADJUDGED** that the decision of the hearing officer is **VACATED** and this case is **DISMISSED** with prejudice.

All relief not previously granted is hereby DENIED.

**IT IS SO ORDERED.**

**SIGNED this 23rd day of February, 2010.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE